DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ADRIAN M. PELLENZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3408

_____

July 3, 2024

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Adrian M. Pellenz, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.